**FERGUSON CASE ORR PATERSON LLP**
David L. Shain, Esq.
1050 South Kimball Road
Ventura, California 93004
Telephone: (805) 659-6800
Fax Number: (805) 659-6818
E-mail: dshain@fcoplaw.com

Attorneys for Plaintiff
DAVID MONTGOMERY,
Individually and as Guardian ad Litem of
MICHAEL DEAN MONTGOMERY, a Minor

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT**

| | |
|---|---|
| DAVID MONTGOMERY, Individually and as Guardian ad Litem of MICHAEL DEAN MONTGOMERY, a Minor,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.;<br>KINDERHOOK INDUSTRIES II, L.P.;<br>KINDERHOOK INDUSTRIES, L.L.C.;<br>KINDERHOOK CAPITAL FUND II, L.P.;<br>CRESTWOOD HOLDINGS, INC.;<br>BERGAN, L.L.C.;<br>JOHN ELMBURG;<br>ROBERT ELMBURG;<br>ERIC ELMBURG;<br>ROCKY FLICK;<br>HOME DEPOT U.S.A., INC.;<br>and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-03034-DMS-WVG<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT** |

**PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT**

PLEASE TAKE NOTICE that this action is dismissed by the Plaintiffs in its entirety without prejudice.

///

///

///

///

This dismissal is made pursuant to F.R.Civ.P.41(a) or (c) and is therefore appropriate.

Dated: February 19, 2013 FERGUSON CASE ORR PATERSON LLP

S/David L. Shain
Attorneys for Plaintiff
David Montgomery, Individually
and as guardian ad litem of
Michael Dean Montgomery, a Minor